```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  FERNANDO GARCIA-DURAN
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) NO. CR-S-09-307-LKK
                                 )
12             Plaintiff,        )
                                 ) STIPULATION AND ORDER
13       v.                      ) CONTINUING STATUS CONFERENCE
                                 ) AND EXCLUDING TIME
14  FERNANDO GARCIA-DURAN,       )
                                 ) Date:  November 24, 2009
15             Defendant.        ) Time:  9:15 a.m.
    _____) Judge: Lawrence K. Karlton
16
```

17         IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, MICHAEL ANDERSON, Assistant United States

19  Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

20  Federal Defender, attorney for Defendant, that the status conference

21  hearing date of November 24, 2009 be vacated, and the matter be set for

22  status conference on December 22, 2009 at 9:15 a.m.

23         Defense counsel is awaiting a pre-plea report from probation and

24  needs additional time to review that report with Mr. Garcia-Duran once

25  it is received.

26         Based upon the foregoing, the parties agree that the time under

27  the Speedy Trial Act should be excluded from the date of signing of

28  this order through and including December 22, 2009 pursuant to

1  18 U.S.C. §3161 (h)(7)B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.
3  Dated:  November 18, 2009

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        FERNANDO GARCIA-DURAN


Dated:  November 18, 2009               BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Linda C. Harter for
                                        MICHAEL ANDERSON
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including December 22, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: November 19, 2009


                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stipulation & Order/Fernando Garcia-Duran         2